**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

William R. Thornton
Attorney at Law
P.O. Box 51992
Lafayette LA 70505-1992

Brenda Sibille Piccione                    James Kirk Piccione
Attorney at Law                            Piccione & Piccione
P. O. Drawer 3029                          P. O. Box 3029
Lafayette LA 70502-3029                    Lafayette LA 70502

**REHEARING ACTION: August 12, 2015**

**Docket Number: 15   00350-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DANIEL SCHNAARS, SR.**

**Writ Application from Lafayette Parish Case No. 2014-MD-146338**

**BEFORE JUDGES**:

   **Hon. John D. Saunders**
   **Hon. Marc T. Amy**
   **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Daniel Schnaars, Sr.** has this day been

   **DENIED.**

cc: Emilia Salas Pardo, Counsel for  the Respondent
    Keith A. Stutes, Counsel for  the Respondent